# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
12/10/2024
CT Log Number 547953274

## Service of Process Transmittal Summary

**TO:**     Brooke Ramage
          NIDEC MOTOR CORPORATION
          8050 W Florissant Ave
          Saint Louis, MO 63136-1414

**RE:**     **Process Served in Illinois**

**FOR:**    Nidec Motor Corporation  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JOHANNNA HOWARD // To: Nidec Motor Corporation |
| **CASE #:** | 2024L013156 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/10/2024 at 15:37 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Brooke Ramage  Brooke.ramage@nidec-motor.com |
| | Email Notification,  Brooke Bione  brooke.bione@nidec-motor.com |
| | Email Notification,  Kelly Spielvogel  kelly.spielvogel@huschblackwell.com |
| | Email Notification,  Zack Shklar  zack.shklar@nidec-motor.com |
| | Email Notification,  Justin Relihan  justin.relihan@nidec-motor.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 208 South LaSalle Street |
| | Suite 814 |
| | Chicago, IL 60604 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Dec 10, 2024

**Server Name:** Sheriff Drop

| Entity Served | NIDEC MOTOR CORPORATION |
|---|---|
| Case Number | 2024L013156 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |



Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: <<Judge>>

2320 – Served By Mail
2430 – Served By Publication
SUMMONS

2121 – Served
2221 – Not Served
2321 – Served By Mail
2421 – Served by Publication
ALIAS-SUMMONS

* 5 0 4 9 7 7 4 8 *

FILED
11/22/2024 12:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L013156
Calendar, D
30328691

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 11/22/2024 12:22 PM   2024L013156

JOHANNNA HOWARD,                                )
                                               )
    Plaintiff,                                )
                                               )
    vs.                                       )
                                               )
                                               )
PKD, INCORPORATED D/B/A TOTAL SYSTEMS           )
CONTRACTING, a Texas Corporation NIDEC MOTOR    )   Case No.: 2024L013156
CORPORATION, a Delaware Corporation, and MOTION )
CONTROL ENGINEERING,                            )
                                               )
    Defendants,                               )
                                               )
And                                            )
                                               )
SCOTT MITCHEY, MITCHEY LLC, a Michigan          )
Company, JONES LANG LASALLE AMERICAS, INC,      )
a Maryland Corporation, and        TK ELEVATOR  )
MANUFACTURING, INC., a Delaware Corporation.    )
                                               )
    Respondents-In-Discovery                   )

SUMMONS

To each defendant:       NIDEC MOTOR CORPORATION, a Delaware Corporation
                    C T CORPORATION SYSTEM
                    208 SO LASALLE ST, SUITE 814
                    CHICAGO ,IL 60604-1101

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒   Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐   District 2 – Skokie        ☐   District 3 – Rolling Meadows    ☐   District 4 - Maywood
      5600 Old Orchard Rd.           2121 Euclid                    1500 Maybrook Ave.
      Skokie, IL 60077               Rolling Meadows, IL 60008      Maywood, IL 60153

☐   District 5 – Bridgeview     ☐   District 6 - Markham
      10220 S. 76th Ave.           16501 S. Kedzie Pkwy.
      Bridgeview, IL 60455         Markham, IL 60426

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:       **PLEASE SERVE ABOVE DEFENDANT.**

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.:     42480                                    WITNESS, _____, _____

FILED DATE: 11/22/2024 12:22 PM 2024L013156

11/22/2024

Name: **ROSENBERG, EISENBERG & SHACTMAN**
Atty. for: Plaintiff
Address: 2340 S. Arlington Heights Road, Suite 460
City/State/Zip: Arlington Heights, Illinois 60005
Telephone: (847) 640-1676

_____
Clerk of Court

* 5 0 4 9 7 7 4 8 *

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, D

2121 – Served
2221 – Not Served
2320 – Served By Mail
2420 – Served By Mail
2430 – Served By Publication
SUMMONS

2121 – Served
2221 – Not Served
2321 – Served By Mail
2421 – Served by Publication
ALIAS-SUMMONS

```
* 5 0 4 9 7 7 4 8 *
```

FILED
11/22/2024 12:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L013156
Calendar, D
30328691

FILED DATE: 11/22/2024 12:22 PM 2024L013156

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

JOHANNNA HOWARD,                        )
                                        )
        Plaintiff,                      )
                                        )
    vs.                                 )
                                        )
                                        )
PKD, INCORPORATED D/B/A TOTAL SYSTEMS   )
CONTRACTING, a Texas Corporation NIDEC MOTOR  )    Case No.: 2024L013156
CORPORATION, a Delaware Corporation, and MOTION  )
CONTROL ENGINEERING,                    )
                                        )
                                        )
        Defendants,                     )
                                        )
And                                     )
                                        )
SCOTT MITCHEY, MITCHEY LLC, a Michigan  )
Company, JONES LANG LASALLE AMERICAS, INC,  )
a Maryland Corporation, and    TK ELEVATOR  )
MANUFACTURING, INC., a Delaware Corporation.  )
                                        )
        Respondents-In-Discovery        )

### SUMMONS

To each defendant:       NIDEC MOTOR CORPORATION, a Delaware Corporation
                         C T CORPORATION SYSTEM
                         208 SO LASALLE ST, SUITE 814
                         CHICAGO ,IL 60604-1101

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒   Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐   District 2 – Skokie          ☐   District 3 – Rolling Meadows      ☐   District 4 - Maywood
    5600 Old Orchard Rd.             2121 Euclid                           1500 Maybrook Ave.
    Skokie, IL 60077                 Rolling Meadows, IL 60008             Maywood, IL 60153

☐   District 5 – Bridgeview       ☐   District 6 - Markham
    10220 S. 76th Ave.               16501 S. Kedzie Pkwy.
    Bridgeview, IL 60455             Markham, IL 60426

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:       **PLEASE SERVE ABOVE DEFENDANT.**

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.:      42480                              WITNESS, _____, _____

Name: **ROSENBERG, EISENBERG & SHACTMAN**
Atty. for: Plaintiff
Address: 2340 S. Arlington Heights Road, Suite 460
City/State/Zip: Arlington Heights, Illinois 60005
Telephone: (847) 640-1676

11/22/2024

\* 5 0 4 9 7 7 4 8 \*
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 11/22/2024 12:22 PM 2024L013156

FILED
11/22/2024 10:46 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L013156
Calendar, D
30325452

FILED DATE: 11/22/2024 10:46 AM   2024L013156

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JOHANNNA HOWARD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) | Case No.:  2024L013156 |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | ) | |
| CORPORATION, a Delaware Corporation, and MOTION | ) | |
| CONTROL ENGINEERING, | ) | |
| Defendants, | ) | |
| And | ) | |
| SCOTT MITCHEY, MITCHEY LLC, a Michigan | ) | |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) | |
| a Maryland Corporation, and TK ELEVATOR | ) | |
| MANUFACTURING, INC., a Delaware Corporation. | ) | |
| Respondents-In-Discovery | ) | |

## **COMPLAINT AT LAW**

Now Comes the Plaintiff, JOHANNA HOWARD, by and through her attorneys,
Rosenberg, Eisenberg and Shactman, LLC and complaining of the Defendants, PKD,
INCORPORATED D/B/A TOTAL SYSTEMS CONTRACTING ("PKD"), NIDEC MOTOR
CORPORATION ("NIDEC"), and MOTION CONTROL ENGINEERING ("MCE"), states as
follows:

### COUNT I
### NEGLIGENCE VS. PKD.

1.      Defendant PKD is located at 108 River Bluff Drive, Boerne, TX 78006.

1

* 5 0 4 9 7 7 4 8 *

2.     Prior to November 25, 2022, PKD was involved in the maintenance and/or installation of elevators located at 540 N. Dearborn St., Chicago, IL 60610.

3.     PKD's duties at the location involved installation and/or maintenance of several freight and personnel elevators.

4.     As part of its installation and/or maintenance duties, PKD was responsible for ensuring that freight elevators in use at that location operated to safely convey personnel between different floors of the building.

5.     More specifically, PKD was also responsible for ensuring that the elevator doors would open and close in such a manner so as to allow personnel safe ingress and egress from the elevators.

6.     On or about November 25, 2022, Johanna Howard was working at 540 N. Dearborn St. as a postal worker for USPS.

7.     On or about that time and location, Johanna attempted to use one of the elevators at 540 N. Dearborn to travel from the second floor of the building to the first floor.

8.     As Johanna attempted to enter one of the elevators installed and/or maintained by PKD, the elevator door malfunctioned and closed on Johanna at a high rate of speed, causing injury.

9.     This malfunction occurred as a result of PKD's failure to properly install and/or maintain the elevator at 540 N. Dearborn St. despite owing a duty to people who PKD might reasonably foresee utilizing the elevators.

10.     This unsafe, dangerous, and improper condition was known to PKD prior to the incident described in this Complaint, or PKD, by the exercise of due care and/or caution, should have known of this condition.

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

11.    Defendant PKD negligently omitted to exercise any care or use any means whatsoever to stop the unsafe condition of the elevators and to protect individuals from being harmed by a malfunctioning elevator door, and further, PKD is guilty of one or more of the following acts and/or omissions:

A.    Failed to have careful and competent workers properly install and/or maintain the elevator and elevator doors in safe working condition;

B.    Failed to install and/or maintain the elevator and elevator doors pursuant to local and international codes;

C.    Failed to enforce or follow custom and practice in the industry by properly preventing elevator doors from closing on personnel attempting to enter or exit the elevators;

D.    Allowed a dangerous condition to exist, namely elevators doors which were allowed to close on personnel entering or exiting the elevator without proper safety preventative measures;

E.    Did not warn Johanna and others on the of the dangerous condition;

F.    Failed to ensure that the area near the elevators remained free of a hazardous condition;

H.    Negligently installed and/or maintained the elevator and elevator doors, failing to ensure safe operation;

J.    Careless and negligently failed to use reasonable care.

13.    As a direct and proximate result of PKD's negligence as described above, Johanna was struck in the head by elevator doors negligently installed and/or maintained by PKD with great force and violence.

14.    As a result of the facts mentioned above, Johanna sustained serious and permanent injuries, including but not limited to, a concussion, headaches, pain, incurred medical

3

* 5 0 4 9 7 7 4 8 *

costs and will in the future incur medical costs, and other pecuniary loss, and experienced great pain and suffering, and further, permanent disability.

WHEREFORE, the Plaintiff, JOHANNA HOWARD, demands judgment against the Defendant, PKD for medical expenses, pain and suffering, disability, and incidental expenses and general damages according to proof, and prejudgment interest for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and for such other further relief as this Court deems just.

## COUNT II
## NEGLIGENCE VS. NIDEC.

1.      Defendant NIDEC is located at 8050 West Florissant Ave., Saint Louis MO 63136.

2.      Prior to November 25, 2022, NIDEC was involved in the maintenance and/or installation of elevators located at 540 N. Dearborn St., Chicago, IL 60610.

3.      NIDEC's duties at the location involved installation and/or maintenance of several freight and personnel elevators.

4.      As part of its installation and/or maintenance duties, NIDEC was responsible for ensuring that freight elevators in use at that location operated to safely convey personnel between different floors of the building.

5.      More specifically, NIDEC was also responsible for ensuring that the elevator doors would open and close in such a manner so as to allow personnel safe ingress and egress from the elevators.

6.      On or about November 25, 2022, Johanna Howard was working at 540 N. Dearborn St. as a postal worker for USPS.

4

FILED DATE: 11/22/2024 10:46 AM   2024L013156

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

7.     On or about that time and location, Johanna attempted to use one of the elevators at 540 N. Dearborn to travel from the second floor of the building to the first floor.

8.     As Johanna attempted to enter one of the elevators installed and/or maintained by NIDEC, the elevator door malfunctioned and closed on Johanna at a high rate of speed, causing injury.

9.     This malfunction occurred as a result of NIDEC's failure to properly install and/or maintain the elevator at 540 N. Dearborn St. despite owing a duty to people who NIDEC might reasonably foresee utilizing the elevators.

10.     This unsafe, dangerous, and improper condition was known to NIDEC prior to the incident described in this Complaint, or NIDEC, by the exercise of due care and/or caution, should have known of this condition.

11.     Defendant NIDEC negligently omitted to exercise any care or use any means whatsoever to stop the unsafe condition of the elevators and to protect individuals from being harmed by a malfunctioning elevator door, and further, NIDEC is guilty of one or more of the following acts and/or omissions:

A.     Failed to have careful and competent workers properly install and/or maintain the elevator and elevator doors in safe working condition;

B.     Failed to install and/or maintain the elevator and elevator doors pursuant to local and international codes;

C.     Failed to enforce or follow custom and practice in the industry by properly preventing elevator doors from closing on personnel attempting to enter or exit the elevators;

D.     Allowed a dangerous condition to exist, namely elevators doors which were allowed to close on personnel entering or exiting the elevator without proper safety preventative measures;

E.     Did not warn Johanna and others on the of the dangerous condition;

5

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

    F.    Failed to ensure that the area near the elevators remained free of a hazardous condition;

    H.    Negligently installed and/or maintained the elevator and elevator doors, failing to ensure safe operation;

    J.    Careless and negligently failed to use reasonable care.

13.    As a direct and proximate result of NIDEC's negligence as described above, Johanna was struck in the head by elevator doors negligently installed and/or maintained by NIDEC with great force and violence.

14.    As a result of the facts mentioned above, Johanna sustained serious and permanent injuries, including but not limited to, a concussion, headaches, pain, incurred medical costs and will in the future incur medical costs, and other pecuniary loss, and experienced great pain and suffering, and further, permanent disability.

WHEREFORE, the Plaintiff, JOHANNA HOWARD, demands judgment against the Defendant, NIDEC for medical expenses, pain and suffering, disability, and incidental expenses and general damages according to proof, and prejudgment interest for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and for such other further relief as this Court deems just.

## COUNT III
## NEGLIGENCE VS. MCE.

1.    Defendant MCE is located at 11380 White Rock Rd., Ranch Cordova, CA 95742.

2.    Prior to November 25, 2022, MCE was involved in the maintenance and/or installation of elevators located at 540 N. Dearborn St., Chicago, IL 60610.

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM    2024L013156

3.　　　MCE's duties at the location involved installation and/or maintenance of several freight and personnel elevators.

4.　　　As part of its installation and/or maintenance duties, MCE was responsible for ensuring that freight elevators in use at that location operated to safely convey personnel between different floors of the building.

5.　　　More specifically, MCE was also responsible for ensuring that the elevator doors would open and close in such a manner so as to allow personnel safe ingress and egress from the elevators.

6.　　　On or about November 25, 2022, Johanna Howard was working at 540 N. Dearborn St. as a postal worker for USPS.

7.　　　On or about that time and location, Johanna attempted to use one of the elevators at 540 N. Dearborn to travel from the second floor of the building to the first floor.

8.　　　As Johanna attempted to enter one of the elevators installed and/or maintained by MCE, the elevator door malfunctioned and closed on Johanna at a high rate of speed, causing injury.

9.　　　This malfunction occurred as a result of MCE's failure to properly install and/or maintain the elevator at 540 N. Dearborn St. despite owing a duty to people who MCE might reasonably foresee utilizing the elevators.

10.　　This unsafe, dangerous, and improper condition was known to MCE prior to the incident described in this Complaint, or MCE, by the exercise of due care and/or caution, should have known of this condition.

11.　　Defendant MCE negligently omitted to exercise any care or use any means whatsoever to stop the unsafe condition of the elevators and to protect individuals from being

7

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

harmed by a malfunctioning elevator door, and further, MCE is guilty of one or more of the following acts and/or omissions:

    A.    Failed to have careful and competent workers properly install and/or maintain the elevator and elevator doors in safe working condition;

    B.    Failed to install and/or maintain the elevator and elevator doors pursuant to local and international codes;

    C.    Failed to enforce or follow custom and practice in the industry by properly preventing elevator doors from closing on personnel attempting to enter or exit the elevators;

    D.    Allowed a dangerous condition to exist, namely elevators doors which were allowed to close on personnel entering or exiting the elevator without proper safety preventative measures;

    E.    Did not warn Johanna and others on the of the dangerous condition;

    F.    Failed to ensure that the area near the elevators remained free of a hazardous condition;

    H.    Negligently installed and/or maintained the elevator and elevator doors, failing to ensure safe operation;

    J.    Careless and negligently failed to use reasonable care.

13.    As a direct and proximate result of MCE's negligence as described above, Johanna was struck in the head by elevator doors negligently installed and/or maintained by MCE with great force and violence.

14.    As a result of the facts mentioned above, Johanna sustained serious and permanent injuries, including but not limited to, a concussion, headaches, pain, incurred medical costs and will in the future incur medical costs, and other pecuniary loss, and experienced great pain and suffering, and further, permanent disability.

* 5 0 4 9 7 7 4 8 *

WHEREFORE, the Plaintiff, JOHANNA HOWARD, demands judgment against the Defendant, MCE for medical expenses, pain and suffering, disability, and incidental expenses and general damages according to proof, and prejudgment interest for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and for such other further relief as this Court deems just.

## COUNT IV
### RESPONDENTS-IN-DISCOVERY

1.      The Respondents-in-Discovery, SCOTT MITCHEY, MITCHEY LLC, a Michigan Company, JONES LANG LASALLE AMERICAS, INC, a Maryland Corporation, and TK ELEVATOR MANUFACTURING, INC., a Delaware Corporation, are believed by Plaintiff to have information essential to the determination of who should properly be named as additional Defendants in this action and are being named Respondents-in-Discovery pursuant to 735 ILCS 5/2-402, see attached Exhibit B.

WHEREFORE, Plaintiff JOHANNA HOWARD requests the Respondents-in-Discovery, SCOTT MITCHEY, MITCHEY LLC, a Michigan Company, JONES LANG LASALLE AMERICAS, INC, a Maryland Corporation, and TK ELEVATOR MANUFACTURING, INC., a Delaware Corporation respond tot discovery initiated pursuant to the provisions of the applicable Illinois Statutes and provide available date for which to be deposed in this matter.

ROSENBERG, EISENBERG & SHACTMAN, LLC

John A. King
Attorney for Plaintiff

9

FILED DATE: 11/22/2024 10:46 AM  2024L013156

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM    2024L013156

JOHN A. KING
**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, IL  60005
Attorney Number 42480
847-640-1676
John@re-injurylaw.com

10

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | )     Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY, MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
|     Respondents-In-Discovery | ) |

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

John A. King, having been sworn under oath, hereby states and affirms as follows:

1.    That I am the attorney for the Plaintiff in this matter.

2.    That based upon my investigation and knowledge of this case Plaintiff are seeking money damages in excess of $50,000.00.

3.    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

11

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

John A. King
Attorney for Plaintiff

```
* 5 0 4 9 7 7 4 8 *
```

FILED DATE: 11/22/2024 10:46 AM 2024L013156

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | )    Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY, MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
|     Respondents-In-Discovery | ) |

## **INTERROGATORIES TO RESPONDENT-IN-DISCOVERY SCOTT MITCHEY**

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys, Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, propound(s) the following interrogatories to be Answered in writing and under oath by Respondent in Discovery, SCOTT MITCHEY.

1.    State the full name, residence and business address, occupation, and office held of the person signing the answer and similar information for all individuals providing information or assisting in the preparation of these answers. With respect to the signer, please state whether a diligent search was made of all records, books, memoranda, and papers of SCOTT MITCHEY regarding the below information, and whether a diligent inquiry was made of all individuals providing information or assisting in the preparation of these answers.

13

\* 5 0 4 9 7 7 4 8 \*

FILED DATE: 11/22/2024 10:46 AM   2024L013156

**ANSWER:**

2.      Please state whether you or any company or corporation who you represent or are affiliated with performed are in the business of manufacturing, installation and/or maintenance of elevators or elevator components. If so, please state whether you or any such company or corporation has performed any such work in the last five years at the address of 540 N. Dearborn St., Chicago, IL, 60610.

**ANSWER:**

3.      If you answered yes to any part of Interrogatory No. 2, please state the nature of the work you or any identified company so performed and dates that such work was performed.

**ANSWER:**

4.      Please state whether you or any company or corporation who you represent or are affiliated with are aware of any incidents in which individuals were injured, struck by, or harmed in any way by elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610. If so, please state the date any such incidents occurred and the names of any individuals so injured, struck, or harmed.

**ANSWER:**

5.      Please state whether you or any company or corporation who you represent or are affiliated with were contracted with any other company to perform work at 540 N. Dearborn St., Chicago, IL, 60610.

**ANSWER:**

6.      Please state whether you or any company or corporation who you represent or are affiliated with has any knowledge of or information regarding the Plaintiff Johanna Howard and any injury she may have suffered on November 25, 2022.

**ANSWER:**

7.      Please state whether you or any company or corporation who you represent or are affiliated with has any relationship with any of the Defendants or Respondents-in-Discovery in this matter, including:

    a.   PKD, Incorporated

14

FILED DATE: 11/22/2024 10:46 AM 2024L013156

    b.  Nidec Motor Corporation
    c.  Motion Control Engineering
    d.  Scott Mitchey
    e.  Mitchey, LLC
    f.  Jones Lang Lasalle Americas, Inc.
    g.  TK Elevator Manufacturing, Inc.

**ANSWER:**

8.    Were you named or covered under any policy or policies of liability insurance on November 25, 2022 applicable to the facts alleged in Plaintiff's complaint? If so, state for each policy:

    a.    The name of the insurance company;
    b.    The policy number;
    c.     The effective policy period;
    d.    The maximum liability limits for each person and each occurrence, including umbrella and excess liability coverage; and
    e.    The named insured(s) under the policy.

**ANSWER:**

9.    Please identify any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the accident alleged in Plaintiff's complaint pertaining to the manufacturing, installation, and/or maintenance of elevators or elevator components.

**ANSWER:**

10.    Do you know of any statements made by any person regarding any injury suffered by Plaintiff Johanna Howard as alleged in the complaint? If so, give the name and address of each such witness and the date of the statement, and state whether such statement was written or oral and if written the present location of each such statement.

**ANSWER:**

11.    State whether any investigations, reviews, or hearings were held as a result of any injuries that were caused by negligent or improper manufacture, installation, and/or maintenance or any elevators or elevator components in the last five years, and if so, the date such investigations took place and any results reached.

15

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

**ANSWER:**

12.    Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Illinois Supreme Court Rule 201(n).

**ANSWER:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

16

* 5 0 4 9 7 7 4 8 *

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | ) Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY, MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
| Respondents-In-Discovery | ) |

## REQUESTS TO PRODUCE TO RESPONDENT-IN-DISCOVERY SCOTT MITCHEY

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys, Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, propound(s) the following Requests to Produce to be Answered in writing and under oath by Respondent in Discovery, SCOTT MITCHEY.

1.      Any and all statements, notes, correspondence, reports, and/or other documents related to Johanna Howard and/or the events identified in the Complaint.

**RESPONSE:**

2.      Excluding what was produced in response to Document Request 1, any and all additional, if any, data or written records or documents concerning the physical and mental

FILED DATE: 11/22/2024 10:46 AM    2024L013156

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

condition, diagnosis or treatment of Johanna Howard, including any drafts, notes, dictations, recordings or other writings.

**RESPONSE:**

3.      All correspondence to or from the Respondent to any party regarding or referring to Johanna Howard or this lawsuit.

**RESPONSE:**

4.      All documents evidencing, relating or referring to any review, evaluation or critique any of the events alleged in Plaintiff's complaint.

**RESPONSE:**

5.      Any and all documents relating to, referring to or containing the results or recommendations from any meeting of a committee, board, group or other entity regarding or referencing in any way the procedures followed for the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL 60610.

**RESPONSE:**

6.      Any and all documents identifying any individuals who witnessed or have knowledge of the incident alleged in Plaintiffs' Complaint.

**RESPONSE:**

7.      Copies of any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the of incident.

**RESPONSE:**

8.      All documents mentioned or identified in your answer to Plaintiffs' interrogatories.

**RESPONSE:**

9.      A log identifying any documents known to you and requested by any of the foregoing interrogatories or production requests which you claim to be work product or subject to any common law or statutory privilege, and with respect to each document, specify the title and type of document, date, author(s) name(s), name(s) and position(s) of anyone who received

18

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

or reviewed the document and a brief description of the information contained and the legal basis for the claim for the claim of privilege.

**RESPONSE:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

19

* 5 0 4 9 7 7 4 8 *

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 11/22/2024 10:46 AM   2024L013156

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | )   Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY., MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
| Respondents-In-Discovery | ) |

## INTERROGATORIES TO RESPONDENT-IN-DISCOVERY JONES LANG LASALLE AMERICAS, INC.

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys, Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, propound(s) the following interrogatories to be Answered in writing and under oath by Respondent in Discovery, JONES LANG LASALLE AMERICAS, INC. ("JLL").

    1.    State the full name, residence and business address, occupation, and office held of the person signing the answer and similar information for all individuals providing information or assisting in the preparation of these answers. With respect to the signer, please state whether a diligent search was made of all records, books, memoranda, and papers of JONES LANG LASALLE AMERICAS, INC. regarding the below information. and whether a diligent inquiry

* 5 0 4 9 7 7 4 8 *

was made of all individuals providing information or assisting in the preparation of these answers.

**ANSWER:**

    2.    Please state whether JLL was in the business of manufacturing, installation and/or maintenance of elevators or elevator components at the time of the incident as alleged in the complaint. If so, please state whether JLL performed any such work in the last five years at the address of 540 N. Dearborn St., Chicago, IL, 60610.

**ANSWER:**

    3.    If you answered yes to any part of Interrogatory No. 2, please state the nature of the work JLL performed and dates that such work was performed.

**ANSWER:**

    4.    Please state whether JLL is aware of any incidents in which individuals were injured, struck by, or harmed in any way by elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610. If so, please state the date any such incidents occurred and the names of any individuals so injured, struck, or harmed.

**ANSWER:**

    5.    Please state JLL is or was contracted with any other company to perform work related to the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610 in the last 5 years.

**ANSWER:**

    6.    Please state whether JLL has any knowledge of or information regarding the Plaintiff Johanna Howard and any injury she may have suffered on November 25, 2022.

**ANSWER:**

    7.    Please state whether you or any company or corporation who you represent or are affiliated with has any relationship with any of the Defendants or Respondents-in-Discovery in this matter, including:

        h.  PKD, Incorporated

21

FILED DATE: 11/22/2024 10:46 AM   2024L013156

\* 5 0 4 9 7 7 4 8 \*

FILED DATE: 11/22/2024 10:46 AM    2024L013156

    i.   Nidec Motor Corporation
    a.   Motion Control Engineering
    b.   Scott Mitchey.
    c.   Mitchey, LLC
    d.   Jones Lang Lasalle Americas, Inc.
    e.   TK Elevator Manufacturing, Inc.

**ANSWER:**

8.    Was JLL named or covered under any policy or policies of liability insurance on November 25, 2022 applicable to the facts alleged in Plaintiff's complaint? If so, state for each policy:

    a.    The name of the insurance company;
    b.    The policy number;
    c.    The effective policy period;
    d.    The maximum liability limits for each person and each occurrence, including umbrella and excess liability coverage; and
    e.    The named insured(s) under the policy.

**ANSWER:**

9.    Please identify any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the accident alleged in Plaintiff's complaint pertaining to the manufacturing, installation, and/or maintenance of elevators or elevator components.

**ANSWER:**

10.    Do you know of any statements made by any person regarding any injury suffered by Plaintiff Johanna Howard as alleged in the complaint? If so, give the name and address of each such witness and the date of the statement, and state whether such statement was written or oral and if written the present location of each such statement.

**ANSWER:**

11.    State whether any investigations, reviews, or hearings were held as a result of any injuries that were caused by negligent or improper manufacture, installation, and/or maintenance or any elevators or elevator components in the last five years, and if so, the date such investigations took place and any results reached.

* 5 0 4 9 7 7 4 8 *

**ANSWER:**

12.     Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Illinois Supreme Court Rule 201(n).

**ANSWER:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

23

* 5 0 4 9 7 7 4 8 *

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | ) Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY., MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
| Respondents-In-Discovery | ) |

## REQUESTS TO PRODUCE TO RESPONDENT-IN-DISCOVERY JONES LANG LASALLE AMERICAS, INC.

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys, Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, propound(s) the following Requests to Produce to be Answered in writing and under oath by Respondent in Discovery, JONES LANG LASALLE AMERICAS, INC. ("JLL")

2.    Any and all statements, notes, correspondence, reports, and/or other documents related to Johanna Howard and/or the events identified in the Complaint.

**RESPONSE:**

24

FILED DATE: 11/22/2024 10:46 AM    2024L013156

* 5 0 4 9 7 7 4 8 *

2.    Excluding what was produced in response to Document Request 1, any and all additional, if any, data or written records or documents concerning the physical and mental condition, diagnosis or treatment of Johanna Howard, including any drafts, notes, dictations, recordings or other writings.

**RESPONSE:**

3.    All correspondence to or from the Respondent to any party regarding or referring to Johanna Howard or this lawsuit.

**RESPONSE:**

4.    All documents evidencing, relating or referring to any review, evaluation or critique any of the events alleged in Plaintiff's complaint.

**RESPONSE:**

5.    Any and all documents relating to, referring to or containing the results or recommendations from any meeting of a committee, board, group or other entity regarding or referencing in any way the procedures followed for the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL 60610.

**RESPONSE:**

6.    Any and all documents identifying any individuals who witnessed or have knowledge of the incident alleged in Plaintiffs' Complaint.

**RESPONSE:**

7.    Copies of any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the of incident.

**RESPONSE:**

8.    All documents mentioned or identified in your answer to Plaintiffs' interrogatories.

**RESPONSE:**

9.    A log identifying any documents known to you and requested by any of the foregoing interrogatories or production requests which you claim to be work product or subject

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

to any common law or statutory privilege, and with respect to each document, specify the title and type of document, date, author(s) name(s), name(s) and position(s) of anyone who received or reviewed the document and a brief description of the information contained and the legal basis for the claim for the claim of privilege.

**RESPONSE:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

26



* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | ) Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY., MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
| Respondents-In-Discovery | ) |

## **INTERROGATORIES TO RESPONDENT-IN-DISCOVERY MITCHEY LLC**

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys,

Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure

and the Rules of the Illinois Supreme Court, propound(s) the following interrogatories to be

Answered in writing and under oath by Respondent in Discovery, MITCHEY LLC.

1.    State the full name, residence and business address, occupation, and office held of
the person signing the answer and similar information for all individuals providing information
or assisting in the preparation of these answers. With respect to the signer, please state whether a
diligent search was made of all records, books, memoranda, and papers of MITCHEY LLC.
regarding the below information, and whether a diligent inquiry was made of all individuals
providing information or assisting in the preparation of these answers.

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

**ANSWER:**

2.      Please state whether MITCHEY LLC was in the business of manufacturing, installation and/or maintenance of elevators or elevator components at the time of the incident as alleged in the complaint. If so, please state whether MITCHEY LLC performed any such work in the last five years at the address of 540 N. Dearborn St., Chicago, IL, 60610.

**ANSWER:**

3.      If you answered yes to any part of Interrogatory No. 2, please state the nature of the work MITCHEY LLC performed and dates that such work was performed.

**ANSWER:**

4.      Please state whether MITCHEY LLC is aware of any incidents in which individuals were injured, struck by, or harmed in any way by elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610. If so, please state the date any such incidents occurred and the names of any individuals so injured, struck, or harmed.

**ANSWER:**

5.      Please state MITCHEY LLC is or was contracted with any other company to perform work related to the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610 in the last 5 years.

**ANSWER:**

6.      Please state whether MITCHEY LLC has any knowledge of or information regarding the Plaintiff Johanna Howard and any injury she may have suffered on November 25, 2022.

**ANSWER:**

7.      Please state whether you or any company or corporation who you represent or are affiliated with has any relationship with any of the Defendants or Respondents-in-Discovery in this matter, including:

        a.   PKD, Incorporated
        b.   Nidec Motor Corporation
        c.   Motion Control Engineering

\* 5 0 4 9 7 7 4 8 \*

FILED DATE: 11/22/2024 10:46 AM   2024L013156

    d.  Scott Mitchey.

    e.  Mitchey, LLC

    f.  Jones Lang Lasalle Americas, Inc.

    g.  TK Elevator Manufacturing, Inc.

**ANSWER:**

8.    Was MITCHEY LLC named or covered under any policy or policies of liability insurance on November 25, 2022 applicable to the facts alleged in Plaintiff's complaint? If so, state for each policy:

    a.    The name of the insurance company;

    b.    The policy number;

    c.    The effective policy period;

    d.    The maximum liability limits for each person and each occurrence, including umbrella and excess liability coverage; and

    e.    The named insured(s) under the policy.

**ANSWER:**

9.    Please identify any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the accident alleged in Plaintiff's complaint pertaining to the manufacturing, installation, and/or maintenance of elevators or elevator components.

**ANSWER:**

10.    Do you know of any statements made by any person regarding any injury suffered by Plaintiff Johanna Howard as alleged in the complaint? If so, give the name and address of each such witness and the date of the statement, and state whether such statement was written or oral and if written the present location of each such statement.

**ANSWER:**

11.    State whether any investigations, reviews, or hearings were held as a result of any injuries that were caused by negligent or improper manufacture, installation, and/or maintenance or any elevators or elevator components in the last five years, and if so, the date such investigations took place and any results reached.

**ANSWER:**

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

12.    Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Illinois Supreme Court Rule 201(n).

**ANSWER:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

30

* 5 0 4 9 7 7 4 8 *

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

JOHANNNA HOWARD,                                    )
                                                    )
    Plaintiff,                                  )
                                                    )
    vs.                                         )
                                                    )
                                                    )
PKD, INCORPORATED D/B/A TOTAL SYSTEMS               )
CONTRACTING, a Texas Corporation NIDEC MOTOR        )      Case No.:
CORPORATION, a Delaware Corporation, and MOTION     )
CONTROL ENGINEERING,                                )
                                                    )
    Defendants,                                 )
                                                    )
And                                                 )
                                                    )
JONES LANG LASALLE AMERICAS, INC., MITCHEY LLC, a Michigan      )
Company, JONES LANG LASALLE AMERICAS, INC,          )
a Maryland Corporation, and TK ELEVATOR            )
MANUFACTURING, INC., a Delaware Corporation.        )
                                                    )
    Respondents-In-Discovery                    )

## REQUESTS TO PRODUCE TO RESPONDENT-IN-DISCOVERY MITCHEY LLC

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys,

Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure

and the Rules of the Illinois Supreme Court, propound(s) the following Requests to Produce to

be Answered in writing and under oath by Respondent in Discovery, JMITCHEY LLC

3.    Any and all statements, notes, correspondence, reports, and/or other documents
related to Johanna Howard and/or the events identified in the Complaint.

**RESPONSE:**

2.    Excluding what was produced in response to Document Request 1, any and all
additional, if any, data or written records or documents concerning the physical and mental

FILED DATE: 11/22/2024 10:46 AM   2024L013156

* 5 0 4 9 7 7 4 8 *

condition, diagnosis or treatment of Johanna Howard, including any drafts, notes, dictations, recordings or other writings.

**RESPONSE:**

3.      All correspondence to or from the Respondent to any party regarding or referring to Johanna Howard or this lawsuit.

**RESPONSE:**

4.      All documents evidencing, relating or referring to any review, evaluation or critique any of the events alleged in Plaintiff's complaint.

**RESPONSE:**

5.      Any and all documents relating to, referring to or containing the results or recommendations from any meeting of a committee, board, group or other entity regarding or referencing in any way the procedures followed for the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL 60610.

**RESPONSE:**

6.      Any and all documents identifying any individuals who witnessed or have knowledge of the incident alleged in Plaintiffs' Complaint.

**RESPONSE:**

7.      Copies of any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the of incident.

**RESPONSE:**

8.      All documents mentioned or identified in your answer to Plaintiffs' interrogatories.

**RESPONSE:**

9.      A log identifying any documents known to you and requested by any of the foregoing interrogatories or production requests which you claim to be work product or subject to any common law or statutory privilege, and with respect to each document, specify the title and type of document, date, author(s) name(s), name(s) and position(s) of anyone who received

32

* 5 0 4 9 7 7 4 8 *

or reviewed the document and a brief description of the information contained and the legal basis for the claim for the claim of privilege.

**RESPONSE:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

FILED DATE: 11/22/2024 10:46 AM  2024L013156

* 5 0 4 9 7 7 4 8 *

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | )     Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY., MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
|     Respondents-In-Discovery | ) |

## INTERROGATORIES TO RESPONDENT-IN-DISCOVERY TK ELEVATOR MANUFACTURING, INC.

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys, Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, propound(s) the following interrogatories to be Answered in writing and under oath by Respondent in Discovery, TK ELEVATOR MANUFACUTRING, INC. ("TK").

1.     State the full name, residence and business address, occupation, and office held of the person signing the answer and similar information for all individuals providing information or assisting in the preparation of these answers. With respect to the signer, please state whether a diligent search was made of all records, books, memoranda, and papers of TK. regarding the

FILED DATE: 11/22/2024 10:46 AM   2024L013156

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

below information, and whether a diligent inquiry was made of all individuals providing information or assisting in the preparation of these answers.

**ANSWER:**

2. Please state whether TK was in the business of manufacturing, installation and/or maintenance of elevators or elevator components at the time of the incident as alleged in the complaint. If so, please state whether TK performed any such work in the last five years at the address of 540 N. Dearborn St., Chicago, IL, 60610.

**ANSWER:**

3. If you answered yes to any part of Interrogatory No. 2, please state the nature of the work TK performed and dates that such work was performed.

**ANSWER:**

4. Please state whether TK is aware of any incidents in which individuals were injured, struck by, or harmed in any way by elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610. If so, please state the date any such incidents occurred and the names of any individuals so injured, struck, or harmed.

**ANSWER:**

5. Please state TK is or was contracted with any other company to perform work related to the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL, 60610 in the last 5 years.

**ANSWER:**

6. Please state whether TK has any knowledge of or information regarding the Plaintiff Johanna Howard and any injury she may have suffered on November 25, 2022.

**ANSWER:**

7. Please state whether you or any company or corporation who you represent or are affiliated with has any relationship with any of the Defendants or Respondents-in-Discovery in this matter, including:

      j. PKD, Incorporated

35

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

    k.  Nidec Motor Corporation
    f.  Motion Control Engineering
    g.  Scott Mitchey.
    h.  Mitchey, LLC
    i.  Jones Lang Lasalle Americas, Inc.
    j.  TK Elevator Manufacturing, Inc.

**ANSWER:**

8.    Was TK named or covered under any policy or policies of liability insurance on November 25, 2022 applicable to the facts alleged in Plaintiff's complaint? If so, state for each policy:

    a.    The name of the insurance company;
    b.    The policy number;
    c.    The effective policy period;
    d.    The maximum liability limits for each person and each occurrence, including umbrella and excess liability coverage; and
    e.    The named insured(s) under the policy.

**ANSWER:**

9.    Please identify any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the accident alleged in Plaintiff's complaint pertaining to the manufacturing, installation, and/or maintenance of elevators or elevator components.

**ANSWER:**

10.    Do you know of any statements made by any person regarding any injury suffered by Plaintiff Johanna Howard as alleged in the complaint? If so, give the name and address of each such witness and the date of the statement, and state whether such statement was written or oral and if written the present location of each such statement.

**ANSWER:**

11.    State whether any investigations, reviews, or hearings were held as a result of any injuries that were caused by negligent or improper manufacture, installation, and/or maintenance or any elevators or elevator components in the last five years, and if so, the date such investigations took place and any results reached.



**FILED DATE: 11/22/2024 10:46 AM  2024L013156**

**ANSWER:**

12.     Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Illinois Supreme Court Rule 201(n).

**ANSWER:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

37

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHANNNA HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PKD, INCORPORATED D/B/A TOTAL SYSTEMS | ) |
| CONTRACTING, a Texas Corporation NIDEC MOTOR | ) Case No.: |
| CORPORATION, a Delaware Corporation, and MOTION | ) |
| CONTROL ENGINEERING, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| SCOTT MITCHEY., MITCHEY LLC, a Michigan | ) |
| Company, JONES LANG LASALLE AMERICAS, INC, | ) |
| a Maryland Corporation, and TK ELEVATOR | ) |
| MANUFACTURING, INC., a Delaware Corporation. | ) |
| | ) |
| Respondents-In-Discovery | ) |

## REQUESTS TO PRODUCE TO RESPONDENT-IN-DISCOVERY TK ELEVATOR MANUFACTURING, INC.

NOW COMES: the Plaintiff, JOHANNA HOWARD, by and through her attorneys, Rosenberg, Eisenberg & Shactman, LLC, and pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, propound(s) the following Requests to Produce to be Answered in writing and under oath by Respondent in Discovery, TK ELEVATOR MANUFACTURING, INC. ("TK")

1.  Any and all statements, notes, correspondence, reports, and/or other documents related to Johanna Howard and/or the events identified in the Complaint.

**RESPONSE:**

38

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM 2024L013156

2. Excluding what was produced in response to Document Request 1, any and all additional, if any, data or written records or documents concerning the physical and mental condition, diagnosis or treatment of Johanna Howard, including any drafts, notes, dictations, recordings or other writings.

**RESPONSE:**

3. All correspondence to or from the Respondent to any party regarding or referring to Johanna Howard or this lawsuit.

**RESPONSE:**

4. All documents evidencing, relating or referring to any review, evaluation or critique any of the events alleged in Plaintiff's complaint.

**RESPONSE:**

5. Any and all documents relating to, referring to or containing the results or recommendations from any meeting of a committee, board, group or other entity regarding or referencing in any way the procedures followed for the manufacture, installation, and/or maintenance of elevators or elevator components at 540 N. Dearborn St., Chicago, IL 60610.

**RESPONSE:**

6. Any and all documents identifying any individuals who witnessed or have knowledge of the incident alleged in Plaintiffs' Complaint.

**RESPONSE:**

7. Copies of any and all policies, procedures, guidelines, bylaws, rules, protocols, regulations, manuals, handbooks, standing orders, training materials or other internal documents that were in effect at the time of the of incident.

**RESPONSE:**

8. All documents mentioned or identified in your answer to Plaintiff's interrogatories.

**RESPONSE:**

9. A log identifying any documents known to you and requested by any of the foregoing interrogatories or production requests which you claim to be work product or subject

39

* 5 0 4 9 7 7 4 8 *

FILED DATE: 11/22/2024 10:46 AM   2024L013156

to any common law or statutory privilege, and with respect to each document, specify the title and type of document, date, author(s) name(s), name(s) and position(s) of anyone who received or reviewed the document and a brief description of the information contained and the legal basis for the claim for the claim of privilege.

**RESPONSE:**

Respectfully submitted,

John A. King
Attorney for Plaintiff

**ROSENBERG, EISENBERG & SHACTMAN, LLC**
2340 S. Arlington Heights Road, Suite 460
Arlington Heights, Illinois 60005
Tel.: (847) 640-1676
Fax: (847) 621-2600
Email: John@resinjurylaw.com
Attorney No. 42480

40